AO 450 (Rev. 5/99) Judgment in a Civil Case

FILED
MAR 19 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court
## Western District of Texas

JOSE MANUEL PEINADO,
Plaintiff

JUDGMENT IN A CIVIL CASE

v.

MARTIN J. O'MALLEY,
COMMISSIONER OF SOCIAL
SECURITY,
Defendant

CASE NUMBER: DR-23-CV-0063 AM/MHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Motion [ECF No. 12] is GRANTED.
The Commissioner's unfavorable decision, dated May 5, 2023, finding that Plaintiff Jose Manuel Peinado is not entitled to disability insurance benefits and supplemental security income, shall be REMANDED under sentence four of § 405(g) for further administrative proceedings.

March 19, 2025
Date



Philip J. Devlin
Clerk

_____
(By) Deputy Clerk